IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>   v. <br><br> ELMER Y. RODAS, <br><br>             Defendant. | 8:16CR19 <br><br> ORDER |

Before the court is the Findings and Recommendation and Order ("F&R") of United States Magistrate Judge F.A. Gossett, III, Filing No. 36 and the transcript, Filing No. 37. No objection has been filed to the F&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The F&R, Filing No. 36, is adopted in its entirety; and

2. The defendant's motion to suppress, Filing No. 21 is denied.

3. The defendant's motion to suppress statement, Filing No. 25, is denied in part and granted in part as set forth in the F&R.

Dated this 19th day of July, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge